**No. 49667.**—Protest 108748–K of Stone & Downer Co. (Boston).

Opinion by COLE, J. When the case was called for hearing counsel for defendant conceded that the average clean content yield of 47.815 percent, as claimed by the plaintiff in his protest, as amended, is correct. In accordance therewith the protest was sustained to this extent.

BEFORE THE THIRD DIVISION, AUGUST 11, 1944

**No. 49668.**—Protest 412360–G of Quong Lee & Co. (San Francisco).

Opinion by CLINE, J. At the trial counsel for plaintiff stated that the entry was with the papers but that the invoice in the case had been lost. The parties stipulated that the merchandise in three cases, numbers 23 to 25, consists of bak hop, which is a crude drug. On the record as made the protest was sustained to this extent.

**No. 49669.**—Protest 412373–G of Wing Yee Chong & Co. (San Francisco).

Opinion by CLINE, J. At the trial counsel for plaintiff stated that the entry was with the papers but that the invoice in the case had been lost. The parties stipulated that the merchandise in four cases, numbers 86 to 89, consists of bak hop, which is a crude drug. On the record as made the protest was sustained to this extent.